# JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA CORPORATION, a Korean corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>    Defendants and Counterclaimants. | Case No.:  8:21-CV-00966-JLS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY MATTER UNTIL FINAL DETERMINATION IN U.S. INTERNATIONAL TRADE COMMISSION PROCEEDING (Doc. 44)** |

    The parties have filed a joint stipulation (Doc. 44) to stay this action in its entirety until a final determination by the U.S. International Trade Commission ("ITC") in the parallel proceeding *Certain Replacement Automotive Lamps*, Inv. No. 337-TA-1291 ("the ITC Proceeding").  Upon review of the joint stipulation, the Court hereby GRANTS the stipulation of the parties and ORDERS that:

    This action is STAYED in its entirety until a final determination by the ITC

in the ITC Proceeding, including exhaustion of all appeals.  Every ninety (90) days, the parties shall submit a joint status report updating the Court as to the status of the ITC Proceeding.

**IT IS SO ORDERED.**

DATED:  January 24, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE