**MERCHANT & GOULD LLP**[1]
Scott P. Shaw
sshaw@merchantgould.com
8383 Wilshire Blvd., Suite 935
Beverly Hills, CA 90211
Telephone: (612) 332-5300
Fax: (612) 332-5300

**MERCHANT & GOULD P.C.**
Joshua A. Hartman
jhartman@merchantgould.com
1900 Duke Street, Suite 600
Alexandria, VA 22314
Telephone: (703) 684-2500
Fax: (612) 332-9081

*Counsel for Defendants*
*Additional counsel on signature page*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
D. James Pak (SBN 194331)
djamespak@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Brett Arnold (SBN 266740)
brettarnold@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100

*Counsel for Plaintiff*
*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KIA CORPORATION, a Korean corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>    Defendants and Counterclaimants. | Case No.: 8:21-cv-00966-JLS-ADS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

[1] Merchant & Gould operates as an LLP within California.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Civil Local Rule 7-1, and Dkt. 121, Plaintiff Kia Corporation and Defendants TYC Brother Industrial Co., Ltd. and Genera Corp. (collectively, the "Parties" and each individually, a "Party"), by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of this action in its entirety, including all claims and counterclaims stated herein against all Parties, with each Party bearing its own fees, costs, and expenses incurred in connection with this litigation, in consideration of a negotiated Confidential Settlement Agreement.

The effectiveness of this Joint Stipulation of Dismissal with Prejudice is conditioned upon the Court's entry of the [Proposed] Order filed concurrently herewith.

**SO STIPULATED.**

Respectfully submitted,

Dated: April 18, 2025

**MERCHANT & GOULD P.C.**
BY:  /s/ Joshua A. Hartman
Joshua A. Hartman
**MERCHANT & GOULD P.C.**
1900 Duke Street, Suite 600
Alexandria, VA 22314
Telephone: (703) 684-2500
Fax: (612) 332-9081

James W. Beard
Alana L. LeFebvre
**MERCHANT & GOULD P.C.**
1801 California Street, Suite 3300
Denver, CO 80202
Telephone: (612) 332-5300

Heather J. Kliebenstein
Elisabeth S. Muirhead

|   |   |
|---|---|
| | Peter S. Selness |
| | Marra Clay |
| | **MERCHANT & GOULD P.C.** |
| | 150 South Fifth Street, Suite 2200 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 332-5300 |
| | |
| | Scott P. Shaw |
| | **MERCHANT & GOULD LLP** |
| | 8383 Wilshire Blvd., Suite 935 |
| | Beverly Hills, CA 90211 |
| | Telephone: (612) 332-5300 |
| | |
| | TYC_KiaMG@MerchantGould.com |
| | |
| | Anthony Capobianco |
| | acapobiance@capobiancolaw.com |
| | Cameron James Clark |
| | cclark@capobiancolaw.com |
| | **CAPOBIANCO LAW OFFICES, P.C.** |
| | 41990 Cook Street, Bldg. F, Suite 2006 |
| | Palm Desert, CA 92211 |
| | Telephone: (760) 568-6500 |
| | |
| | *Attorneys for Defendants TYC Brother Industrial Co., Ltd. and Genera Corp.* |
| Dated: April 18, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | BY: /s/ D. James Pak |
| | D. James Pak (SBN 194331) |
| | djamespak@quinnemanuel.com |
| | Hana Oh (SBN 300846) |
| | hanaoh@quinnemanuel.com |
| | Hannah Schiffman (SBN 348639) |
| | hannahschiffman@quinnemanuel.com |
| | Bomie Lee (SBN 356618) |
| | bomielee@quinnemanuel.com |

|   |   |
|---|---|
| 1 | **QUINN EMANUEL URQUHART &** |
| 2 | **SULLIVAN, LLP**<br>865 S. Figueroa St., 10th Floor |
| 3 | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 4 | Fax: (213) 443-3100 |
| 5 | |
| 6 | Brett Arnold (SBN 266740)<br>brettarnold@quinnemanuel.com |
| 7 | **QUINN EMANUEL URQUHART &** |
| 8 | **SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor |
| 9 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| 10 | Fax: (650) 801-5100 |
| 11 | |
| 12 | Gene Park (pro hac vice)<br>genepark@quinnemanuel.com |
| 13 | **QUINN EMANUEL URQUHART &** |
| 14 | **SULLIVAN, LLP**<br>3100 McKinnon Street |
| 15 | Dallas, TX 75201<br>Telephone: (469) 902-3600 |
| 16 | Fax: (469) 902-3610 |
| 17 | |
| 18 | Courtney Kasuboski (SBN 324637)<br>courtneykasuboski@quinnemanuel.com |
| 19 | Ashle M. Page (pro hac vice)<br>ashlepage@quinnemanuel.com |
| 20 | Aj Aiqiao Wood (pro hac vice) |
| 21 | ajaiqiaowood@quinnemanuel.com |
| 22 | **QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP** |
| 23 | 1300 I Street NW, Suite 900 |
| 24 | Washington, DC 20005<br>Telephone: (202) 538-8000 |
| 25 | Fax: (202) 538-8100 |
| 26 | |
| 27 | Ari Wugalter (pro hac vice)<br>ariwugalter@quinnemanuel.com |
| 28 | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 8:21-cv-00966-JLS-ADS

1  **QUINN EMANUEL URQUHART &**
2  **SULLIVAN, LLP**
   295 Fifth Avenue
3  New York, NY 10016
   Telephone: (212) 849-7692
4  Fax: (212) 849-7100

5
   *Attorneys for Plaintiff Kia Corporation*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 8:21-cv-00966-JLS-ADS

5

# ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: April 18, 2025

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ D. James Pak
     D. James Pak

*Attorney for Plaintiff Kia Corporation*