**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| KIA CORPORATION, a Korean corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>　　Defendants and Counterclaimants. | Case No.: 8:21-cv-00966-JLS-ADS<br><br>**ORDER DISMISSING WITH PREJUDICE** |

　　Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, submitted by Plaintiff Kia Corporation and Defendants TYC Brother Industrial Co., Ltd. and Genera Corp. (collectively, the "Parties" and each individually, a "Party").

　　Having carefully considered the parties' Joint Stipulation of Dismissal with Prejudice,

　　**IT IS HEREBY ORDERED THAT** all claims and counterclaims asserted in this action are hereby dismissed with prejudice based on a Confidential Settlement Agreement between the Parties. Each party shall bear its own fees, costs, and expenses.

　　**IT IS SO ORDERED.**

Dated: April 18 2025

*Josephine L. Staton*

Hon. Josephine L. Staton
United States District Judge